# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **STEVEN H. KITTY** | : | BK. No. 15-12670 SR |
| Debtor | : | |
| | : | Chapter No. 13 |
| **TOYOTA MOTOR CREDIT CORPORATION** | : | |
| Movant | : | |
| v. | : | |
| **STEVEN H. KITTY** | : | |
| Respondent | : | 11 U.S.C. §362 |
| | : | |

## CERTIFICATE OF SERVICE

JOSEPH A. DESSOYE, attorney for TOYOTA MOTOR CREDIT CORORATION hereby certifies as follows:

    1.    I am the attorney for TOYOTA MOTOR CREDIT CORORATION and am fully familiar with the facts of this case.

    2.    On August 31, 2016, I served by electronic means and by regular mail, a copy of the Notice of Motion, Motion For Stay Relief, and proposed Order to the following individuals:

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)  
2901 ST. LAWRENCE AVENUE, P.O. BOX 4010  
READING, PA 19606

STEVEN H. KITTY  
244 SASSAFRAS COURT  
WARRINGTON, PA 18976

JEFFREY C. MCCULLOUGH, ESQUIRE  
16 N. FRANKLIN ST. SUITE 300  
DOYLESTOWN, PA 18901

UNITED STATES TRUSTEE  
833 CHESTNUT STREET, SUITE 500  
PHILADELPHIA, PA 19107

 

/s/ Joseph A. Dessoye, Esquire  
Joseph A. Dessoye, Esq., Id. No.200479  
Phelan Hallinan Diamond & Jones, LLP  
1617 JFK Boulevard, Suite 1400  
One Penn Center Plaza  
Philadelphia, PA 19103  
Phone Number: 215-563-7000 Ext 31629  
Fax Number: 215-568-7616  
Email: joseph.dessoye@phelanhallinan.com