United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-12670-sr
Steven H Kitty                                                          Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: JeanetteG    Page 1 of 1    Date Rcvd: Sep 29, 2016
                        Form ID: pdf900    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2016.
db          +Steven H Kitty,    244 Sassafras Court,     Warrington, PA 18976-2614
cr          +Hampton Greene Condominium Association,    c/o Stefan Richter, Esquire,
              Clemons Richter & Reiss, P.C.,    107 E. Oakland Ave,    Doylestown, PA 18901-4610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Sep 30 2016 01:46:33     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 30 2016 01:45:51
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 30 2016 01:46:24     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2016 at the address(es) listed below:
              ALBERT JAMES MILLAR    on behalf of Creditor     PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JEFFREY C. MCCULLOUGH    on behalf of Debtor Steven H Kitty jeffmccullough@bondmccullough.com,
               mbehrlacher@bondmccullough.com
              JEROME B. BLANK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              MARTIN A. MOONEY    on behalf of Creditor    Toyota Lease Trust tshariff@schillerknapp.com,
               tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              STEFAN RICHTER    on behalf of Creditor    Hampton Greene Condominium Association
               srichter@clemonslaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| **STEVEN H. KITTY** | : | BK. No. 15-12670 SR |
| Debtor | : | |
| | : | Chapter No. 13 |
| **TOYOTA MOTOR CREDIT CORPORATION** | : | |
| Movant | : | |
| v. | : | |
| **STEVEN H. KITTY** | : | |
| Respondent | : | 11 U.S.C. §362 |

**ORDER VACATING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY**

Upon the motion of TOYOTA MOTOR CREDIT CORORATION under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described as a 2014 TOYOTA RAV4 bearing vehicle identification number 2T3BFREV8EW218142 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law; and it is further

**ORDERED** that this Order shall become effective immediately without regard to Bankr.R. 4001(a)(3).

Dated: September 28, 2016    _____
                              STEPHEN RASLAVICH, BANKRUPTCY JUDGE

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)      STEVEN H. KITTY
2901 ST. LAWRENCE AVENUE, P.O. BOX 4010     244 SASSAFRAS COURT
READING, PA 19606                            WARRINGTON, PA 18976

JEFFREY C. MCCULLOUGH, ESQUIRE              UNITED STATES TRUSTEE
16 N. FRANKLIN ST. SUITE 300                833 CHESTNUT STREET, SUITE 500
DOYLESTOWN, PA 18901                         PHILADELPHIA, PA 19107