UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Steven H. Kitty,<br>          Debtor. | CHAPTER 13 |
| | BANKRUPTCY CASE NUMBER<br>15-12670/SR |
| Nationstar Mortgage LLC,<br>          Movant,<br>v.<br><br>Steven H. Kitty,<br>      Respondent/Debtor,<br>and<br><br>Frederick L. Reigle<br>      Additional Respondent. | |

## **PRAECIPE**

To The Clerk, United States Bankruptcy Court:

    Kindly withdraw, without prejudice, Movant, Nationstar Mortgage LLC's Amended Notice of Postpetition Mortgage Fees, Expenses, and Charges (Claim #4) filed with the Court on December 6, 2016.

                                  Respectfully submitted,

Dated:  December 12, 2016            BY:/s/ Kevin S. Frankel
                                                    Kevin S. Frankel, Esquire
                                                    Shapiro & DeNardo, LLC
                                                    3600 Horizon Drive, Suite 150
                                                    King of Prussia, PA 19406
                                                    (610)278-6800/ fax (847) 954-4809
S&D File #:15-049272                     PA BAR ID #318323
                                                    pabk@logs.com