IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Steven H. Kitty,<br>　　Debtor. | CHAPTER 13 |
| _____<br>Nationstar Mortgage LLC,<br>　　Movant,<br>v.<br>Steven H. Kitty,<br>　　Debtor,<br><br>Frederick L. Reigle, Trustee,<br>　Additional Respondent. | BANKRUPTCY CASE NUMBER<br>15-12670/SR<br><br>11 U.S.C. § 362 |

**O R D E R**

　　AND NOW, this _____ day of _____, 2017, after notice to all required parties and certification of default under the terms of this Court's Order of March 29, 2016 it is

　　ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with, or to resume proceedings in Mortgage Foreclosure, including, but not limited to Sheriff's or Marshal's Sale of 244 Sassafras Court, Warrington, PA 18976; and to take action, by suit or otherwise as permitted by law, in its own name or the names of its assignee, to obtain possession of said premises; and it is

　　FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

**Dated: May 8, 2017**

_____
HONORABLE STEPHEN RASLAVICH
UNITED STATES BANKRUPTCY JUDGE