# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE **Steven Kitty**　　　　　　　　　　**Chapter 13**
　　　　　　Debtor.　　　：　　BANKRUPTCY NO. **15-12670-sr**

## ORDER

AND NOW, this __2nd__ day of __November__, 2017, upon Certificate of Default of Stipulation for Motion for Relief from the Automatic Stay of Hampton Greens Condominium Association, it is hereby **ORDERED** ~~and DECREED~~, that the motion is **GRANTED**, ~~as follows~~:

Relief is granted from the Automatic stay pursuant to 11 U.S.C. Section 362, to permit Movant to proceed with the remedies for collection of assessments on Debtor's real estate known as 244 Sassafras Court, Warrington PA, 18976 in accordance with the Declaration of Condominium.

BY THE COURT

_____
Jean K. FitzSimon, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE **Steven Kitty** | | **Chapter 13** |
| Debtor. | : | BANKRUPTCY NO. **15-12670-sr** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the Motion for Relief from the Automatic Stay of Hampton Greens Condominium Association, have been served upon Frederick L. Reigle, and Jeffrey C. McCullough, Esquire, Esquire, via ECF and Debtor at 244 Sassafras Court, Warrington, PA, 18976 via first class mail, postage prepaid, on April 01, 2016.

Date: April 01, 2016

**Clemons Richter & Reiss, P.C.**
107 East Oakland Avenue
Doylestown, PA 18901
Tel. (215) 348-1776

_____
Stefan Richter, Esquire
Attorney for Movant