United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-12670-jkf
Steven H Kitty                                                        Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: JEGilmore          Page 1 of 1           Date Rcvd: Nov 02, 2017
                             Form ID: pdf900          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2017.
db         +Steven H Kitty,    244 Sassafras Court,    Warrington, PA 18976-2614
cr         +Hampton Greene Condominium Association,    c/o Stefan Richter, Esquire,
             Clemons Richter & Reiss, P.C.,    107 E. Oakland Ave,    Doylestown, PA 18901-4610
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Nov 03 2017 01:10:18      City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 03 2017 01:09:49
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 03 2017 01:10:10      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2017 at the address(es) listed below:
              ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JEFFREY C. MCCULLOUGH    on behalf of Debtor Steven H Kitty jeffmccullough@bondmccullough.com,
               mbehrlacher@bondmccullough.com
              JEROME B. BLANK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              MARTIN A. MOONEY    on behalf of Creditor    Toyota Lease Trust tshariff@schillerknapp.com,
               ahight@schillerknapp.com;kcollins@schillerknapp.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              STEFAN RICHTER    on behalf of Creditor    Hampton Greene Condominium Association
               srichter@clemonslaw.com
              THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 14

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE **Steven Kitty**            **Chapter 13**
      Debtor.        :      BANKRUPTCY NO. **15-12670-sr**

### ORDER

AND NOW, this __2nd__ day of __November__, 2017, upon Certificate of Default of Stipulation for Motion for Relief from the Automatic Stay of Hampton Greens Condominium Association, it is hereby **ORDERED** ~~and DECREED~~, that the motion is **GRANTED**, ~~as follows~~:

Relief is granted from the Automatic stay pursuant to 11 U.S. C. Section 362, to permit Movant to proceed with the remedies for collection of assessments on Debtor's real estate known as 244 Sassafras Court, Warrington PA, 18976 in accordance with the Declaration of Condominium.

                                                          BY THE COURT

                                                      _____
                                                      Jean K. FitzSimon,  Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE **Steven Kitty**            **Chapter 13**
         Debtor.      :     BANKRUPTCY NO. **15-12670-sr**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the Motion for Relief from the Automatic Stay of Hampton Greens Condominium Association, have been served upon Frederick L. Reigle, and Jeffrey C. McCullough, Esquire, Esquire, via ECF and Debtor at 244 Sassafras Court, Warrington, PA, 18976 via first class mail, postage prepaid, on April 01, 2016.

**Clemons Richter & Reiss, P.C.**
107 East Oakland Avenue
Doylestown, PA 18901
Tel. (215) 348-1776

Date: April 01, 2016

_____
Stefan Richter, Esquire
Attorney for Movant