UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

STEVEN H KITTY

                                              : Bankruptcy No. 15-12670JKF
Debtor(s)                      : Chapter 13

<u>ORDER</u>

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*[signature: Jean K. FitzSimon]*

_____
Jean K. FitzSimon, B. J.

**Date: July 10, 2019**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JEFFREY C MC CULLOUGH ESQ
16 N FRANKLIN ST, STE 300
DOYLESTOWN PA 18901-

STEVEN H KITTY
244 SASSAFRAS COURT
WARRINGTON,PA.18976-