United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-12670-jkf
Steven H Kitty                                                          Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 2         Date Rcvd: Jul 10, 2019
                        Form ID: pdf900    Total Noticed: 29

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2019.
db             +Steven H Kitty,   244 Sassafras Court,   Warrington, PA 18976-2614
cr             +Hampton Greene Condominium Association,   c/o Stefan Richter, Esquire,
                 Clemons Richter & Reiss, P.C.,   107 E. Oakland Ave,   Doylestown, PA 18901-4610
cr             +WELLS FARGO BANK, N.A.,   P.O. Box 29482,   Phoenix, AZ 85038-9482
13511933       +AR Resources, Inc.,   P.O.Box 1056,   Blue Bell, PA 19422-0287
13511934      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank Of America,   P.O.Box 982235,   El Paso, TX  79998-2235)
13511936        Commonwealth Of Pennsylvania,   Department Of Revenue,   P.O.Box 281041,
                 Harrisburg, PA  17128-1041
13511937        Commonwealth Of Pennsylvania,   Department Of Labor & Industry,   651 Boas Street,
                 Harrisburg, PA  17120-0750
13511939       +Doylestown Emergency Associates, P.C.,   One Edgewater St, 6th Floor,
                 Staten Island, NY 10305-4900
13511940       +Doylestown Hospital,   Attn: Billing Dept.,   595 West State Street,
                 Doylestown, PA 18901-2597
13511941        Fairways Commons Condominium Assoc,   P.O.Box 190,   Warrington, PA  18976-0190
13620941       +Jeffrey C. McCullough, Esquire,   16 North Franklin Street, Suite 300,
                 Doylestown, PA 18901-3556
13511943        Keystone Collections Group,   546 Wendel Road,   Irwin, PA  15642-7539
13511945      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,   350 Highland Drive,   Lewisville, TX  75067)
13511946       +Parlee & Tatum Radiologic Associates,   595 W. State Street,   Doylestown, PA 18901-2554
13511947       +Progressive Dentistry,   6909 Castor Avenue,   Philadelphia, PA 19149-1702
13511949      ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,   P.O.Box 8026,
                 Cedar Rapids, IA  52409-8026)
13583120       +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                 Addison, Texas 75001-9013
13511950        US - Yellow,   Yellow Pages,   P.O.Box 48098,   Jacksonville, FL  32247-8098
13511951       +Wells Fargo Bank, N.A.,   WF Business Direct,   P.O.Box 348750,   Sacramento, CA 95834-8750
13541840       +Wells Fargo Payment Remittance Center,   PO Box 51174,   Los Angeles, Ca 90051-5474
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 11 2019 03:19:37     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 11 2019 03:19:32     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13598544       +E-mail/Text: g20956@att.com Jul 11 2019 03:19:48      AT&T Mobility II LLC,
                 % AT&T Services, Inc,   Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
13511935       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 11 2019 03:27:00
                 Capital One Bank USA, N.A.,   P.O.Box 30281,   Salt Lake City, UT 84130-0281
13511938       +E-mail/Text: kthompson@crownasset.com Jul 11 2019 03:19:23     Crown Asset Management, LLC,
                 3100 Breckinridge Blvd., Suite 725,   Deluth, GA 30096-7605
13511942        E-mail/Text: cio.bncmail@irs.gov Jul 11 2019 03:18:58     Internal Revenue Service,
                 P.O.Box 7346,   Philadelphia, PA  19101-7346
13511944       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 11 2019 03:19:22     Midland Funding LLC,
                 8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
13516941        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 11 2019 03:19:10
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13511948       +E-mail/Text: rmbncreports@supermedia.com Jul 11 2019 03:19:24     Super Media LLC,
                 2200 W Airfield MC22,   P.O.Box 619810,   DFW Airport, TX 75261-9810
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13553604*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,   Attn: Bankruptcy Department,
                 PO Box 619096,   Dallas, TX 75261-9741)
13565216*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,   PO Box 619096,   Dallas, TX 75261-9741)
                                                                                       TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2          User: JEGilmore          Page 2 of 2          Date Rcvd: Jul 10, 2019
                              Form ID: pdf900          Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2019 at the address(es) listed below:
              ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              JEFFREY C. MCCULLOUGH    on behalf of Debtor Steven H Kitty jeffmccullough@bondmccullough.com,
               mbehrlacher@bondmccullough.com
              JEROME B. BLANK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              MARTIN A. MOONEY    on behalf of Creditor    Toyota Lease Trust ahight@schillerknapp.com,
               ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              STEFAN RICHTER    on behalf of Creditor    Hampton Greene Condominium Association
               srichter@clemonslaw.com
              THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 14
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                            :

STEVEN H KITTY

                                         : Bankruptcy No. 15-12670JKF
      Debtor(s)                        : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*[signature: Jean K. FitzSimon]*

**Date: July 10, 2019**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JEFFREY C MC CULLOUGH ESQ
16 N FRANKLIN ST, STE 300
DOYLESTOWN PA 18901-

STEVEN H KITTY
244 SASSAFRAS COURT
WARRINGTON,PA.18976-